UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| NICOLE COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: CV115-199 |
| | ) |
| MACY'S RETAIL HOLDINGS, INC. | ) |
| d/b/a MACY'S INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Presently pending before the Court is the parties' Consent Motion for Continuance (Doc. 55) filed on April 25, 2018. The parties having shown the Court that the pretrial conference and trial currently scheduled in this matter should be continued for good cause, the present Motion (Doc. 55) is hereby GRANTED.

The pretrial conference is hereby rescheduled for <u>Monday, July 2, 2018 at 10:00 am</u>, and jury selection and trial is hereby rescheduled for <u>Monday, July 9, 2018, at 9:00 am.</u>

SO ORDERED, this 27th day of April, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA