IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| NICOLE COOPER, | * | |
| Plaintiff, | * | |
| v. | * | CV 115-199 |
| MACY'S RETAIL HOLDINGS, INC., d/b/a MACY'S INC., | * | |
| Defendant. | * | |

### O R D E R

Presently pending before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. no. 68.) The stipulation is signed by all parties remaining in the case. (Id.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties have agreed to the dismissal of the above-referenced action with prejudice. **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted in this matter are **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** the case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of August, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA